UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-21010-KMM

RENZO BARBERI,

      Plaintiff,

v.

HOLE IN THE WALL TAVERN, LLC, a
Florida Limited Liability Company, d/b/a
HOLE IN THE WALL IRISH TAVERN
and EUREKA PLAZA, LLC, a Florida
Limited Liability Company,

      Defendants.

_____/

## NOTICE OF SETTLEMENT

Defendant HOLE IN THE WALL TAVERN, LLC d/b/a HOLE IN THE WALL IRISH

TAVERN, by and through its undersigned counsel, provides notice that the Parties have reached

a private resolution of all claims in this lawsuit, pending execution of a final settlement

agreement. The Parties expect to file a Motion for Consent Decree within thirty (30) days.


Respectfully submitted,

BY:  /s/ Grissel Seijo
Jonathan A Beckerman, Esq.
Florida Bar No. 0568252
E-mail: jabeckerman@littler.com
Secondary:  mpiloto@littler.com
Grissel Seijo, Esq.
Florida Bar No. 087594
E-mail:  gseijo@littler.com
Secondary: bdonet@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Tower
333 SE 2nd Avenue, Suite 2700

Miami, FL 33131
Telephone: (305) 400-7500
Facsimile:  (305) 603-2552

*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of June, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se identified on the attached Service List in the matter specified either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Grissel Seijo*
Grissel Seijo, Esq.

**COUNSEL FOR PLAINTIFF**

Ronald E. Stern, Esq.
Florida Bar No. 10089
E-mail: ronsternlaw@gmail.com
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Boulevard, Sui te 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198

**COUNSEL FOR DEFENDANT**

Jonathan A Beckerman, Esq.
Florida Bar No. 0568252
E-mail: jabeckerman@littler.com
Secondary:  mpiloto@littler.com
Grissel Seijo, Esq.
Florida Bar No. 087594
E-mail:  gseijo@littler.com
Secondary: bdonet@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Tower
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 400-7500
Facsimile:   (305) 603-2552